HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Phone (916) 498-5700
Fax (916) 498-5710
Megan_Hopkins@fd.org

Attorney for Defendant
MARK BORON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARK BORON, <br><br> Defendant. | Case No.  2:25-po-00304-SCR <br><br> STIPULATION TO CONTINUE TRIAL AND RELATED DEADLINES; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney Joseph Douglas Harman, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Megan T. Hopkins, attorney for defendant Mark Boron, that the previously-scheduled trial date of January 12, 2026, be continued to **April 27, 2026**, at 9:00 a.m. or such time thereafter as the Court is available. It is further requested that the following deadlines be established for pretrial motions and trial-related filings:

All pretrial motions shall be filed by March 30, 2026

Any opposition or statement of non-opposition shall be filed by April 13, 2026

Witness/Exhibits Lists, and the Government's trial brief shall be filed by April 20, 2026

The requested continuance will provide defense counsel with the additional time needed to obtain records related to Mr. Boron's property and boundary lines, conduct investigation, and

complete the exchange of discovery in advance of trial.  The defense also requests additional time to evaluate whether any pretrial motions are appropriate, and if so, to prepare such a motion. The government, which has confirmed the availability of its witnesses on April 27, 2026, does not oppose the continuance and so stipulates.

                                          Respectfully submitted,

Dated:  December 17, 2025                  HEATHER E. WILLIAMS
                                                     Federal Defender

                                                       */s/ Megan T. Hopkins*
                                                       MEGAN T. HOPKINS
                                                       Assistant Federal Defender
                                                       Attorney for Defendant
                                                       MARK BORON

Dated: December 17, 2025                   ERIC GRANT
                                                     United States Attorney

                                                      */s/J. Douglas Harman*
                                                       JOSEPH DOUGLAS HARMAN
                                                       Assistant U.S. Attorney
                                                       Attorney for Plaintiff

## ORDER

     IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order.  The trial previously set for January 12, 2026, is hereby continued to April 27, 2026, at 9:00 a.m. The pretrial deadlines set forth above are hereby ADOPTED as an order of the Court.

Dated: December 18, 2025

                                                                  SEAN C. RIORDAN
                                                                   UNITED STATES MAGISTRATE JUDGE