IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK C. BORON,<br><br>Defendant. | Case №: 2:25-po-00304-SCR<br><br>**O R D E R**<br>**WITHDRAWING THE FEDERAL DEFENDER**<br>**AND APPOINTING CJA COUNSEL** |

Upon the Federal Defender's Motion and good cause appearing, IT IS HEREBY ORDERED granting the Federal Defender's *Motion to Withdraw* and appointing Megan Hopkins as CJA counsel effective April 6, 2026.

DATED: April 13, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE