ERIC GRANT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-PO-00304-SCR |
| Plaintiff, | ORDER DISMISSING VIOLATION NOTICES |
| v. | DATE: April 27, 2026 |
| MARK C. BORON, | TIME: 9:00 a.m.<br>COURT: Hon. Sean C. Riordan |
| Defendant. | |

**ORDER**

Based on the United States's Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Violation Notices are dismissed against the above-captioned defendant. The Bench Trial scheduled for April 27, 2026, is VACATED.

DATED: April 24, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE